Núm. 8604.—CARRIÓN, apldo. *v.* MORALES, aplte.—C. D. Humacao. Daños y perjuicios. Abril 30, 1943.

POR CUANTO, el demandado en este caso interpuso recurso de apelación contra una sentencia que lo condenó a pagar al demandante la cantidad de $150 por concepto de daños y perjuicios y $50 por honorarios de abogado.

POR CUANTO, la evidencia fué contradictoria. La del demandante tendió a demostrar que él se encontraba en su casa en compañía de su madre. Que la madre tuvo necesidad de ir a la cocina como a las 7 ó 7:30 de la noche y que al aproximarse al fogón, dos perros del demandado, que penetraron en la cocina en persecución de una perra del demandante, acometieron a la madre de éste, destruyéndole el vestido. Que a los gritos de la madre, corrió el hijo, el demandante, y para auyentar a los perros tuvo que hacer uso de un machete, infiriéndoles varias heridas, siendo en esos momentos mordido por uno de ellos en una pierna. Que a consecuencia de la herida estuvo incapacitado de asistir a su trabajo por espacio de dos meses. La del demandado fué al efecto de que el demandante no recibió tal herida y que por el contrario, debido a cierta enemistad que existía entre las dos familias, el demandante y su hermano, en la propia finca del demandado, cogieron los dos perros de éste, los amarraron y a machetazos mataron uno e hirieron otro, a tal extremo que murió poco después.

POR CUANTO, el juez de la corte inferior, que vió y oyó declarar los testigos de una y otra parte, dirimió el conflicto a favor del demandante, declarando dicho juez que en el acto del juicio el demandante mostró y pudo el juez apreciar la cicatriz dejada por la herida recibida.

POR CUANTO, el único error que se imputa a la corte sentenciadora es el que según el apelante cometió en la apreciación de la prueba.

POR CUANTO, el error, de haber existido, no es manifiesto, y no se alega que al así apreciar la prueba lo hiciera la corte movida por pasión, prejuicio y parcialidad;

POR TANTO, procede desestimar, y por la presente se desestima, el recurso interpuesto en este caso, y se confirma la sentencia apelada que dictó la Corte de Distrito de Humacao en 23 de junio de 1941.